AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

MIDDLE

DESMOND CARR

V.

CITY OF UNION SPRINGS, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV949-D

TO: (Name and address of defendant)
City of Union Springs, Alabama
c/o City Clerk
212 Prairie St North
Union Springs, Alabama 36089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE  10/7/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

MIDDLE

DESMOND CARR

V.

CITY OF UNION SPRINGS, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05CV949-D

TO: (Name and address of defendant)
Joseph H. Hoyle Jr.
Union Springs Police Department
305 Prairie Street, North
Union Springs, Alabama 36089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within            20            days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE 10/7/05