**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph H. Hoyle, Jr
   Union Springs Police Department
   305 Prairie Street, North
   Union Springs, Alabama 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Presetta (a Walker__ ☐ Agent ☑ Addressee
B. Received by (Printed Name): Presetta D. Walker   C. Date of Delivery: 10/11/05
D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:
   2:05cv949-svc

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 1690 2880

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Union Springs City Clerk
   212 Prairie Street, North
   Union Springs, Alabama 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Presetta (a Walker_ ☐ Agent ☑ Addressee
B. Received by (Printed Name): Presetta D. Walker   C. Date of Delivery: 10/11/05
D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:
   2:05cv949-svc

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 1690 2897

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540