IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Desmond Carr, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 02:05-CV-949-D |
| | * | |
| City of Union Springs and | * | |
| Joseph H. Hoyle, Jr. | * | |
| | * | |
| Defendants. | * | |

**REPORT OF PARTIES PLANNING MEETING**

I.   Pursuant to Fed. R. Civ. P. 26(f), a scheduling meeting was held on November 15, 2005, and was attended by:

Colin Jay Lewis for Plaintiff

Rick Howard for Defendants

II.   Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.   Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.   All discovery commenced in time to be completed by July 31, 2006.
b.   Maximum of 40 interrogatories by each party to the other party; responses are due 30 days after service.
c.   Maximum of 30 requests for admissions by each party to the other party; responses due 30 days after service;
d.   Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.
e.   Each deposition will not exceed four hours unless agreed to by the parties.
f.   Reports from retained experts under Rule 26(a)(2) due:

       From Plaintiffs    :   May 1, 2006
       From Defendants  :   June 15, 2006

IV.   Other Items

a.   Parties do not request a conference with the Court before entry of the scheduling order;
b.   The parties request a pretrial conference in September 2006;
c.   Plaintiffs will be allowed until January 16, 2006, to enjoin additional parties and until January 16, 2006, to amend pleadings.
d.   Defendants shall be allowed until February 13, 2006, to enjoin additional parties and until February 13, 2006, to amend pleadings.
e.   All potentially dispositive motions should be filed by June 10, 2006.
f.   Final list of witness and exhibits under Rule 26(a)(3) should be due:

      Plaintiff's exhibit list -      October 6, 2006
      Plaintiff's witness list -     October 6, 2006

      Defendants' exhibit list -   October 6, 2006
      Plaintiff's witness list -     October 6, 2006

g.   Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).
h.   The case should be ready for trial by November 6, 2006, and is expected to take approximately 3 days.

Dated: _____

    /s Rick A. Howard
    Alex L. Holtsford, Jr. (HOL048)
    Rick A. Howard (HOW045)
    April Willis (WIL304)
    Attorneys for Defendants

OF COUNSEL:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

                    /s Jay Lewis
                    Jay Lewis
                    Attorney for Plaintiff

OF COUNSEL:

Jay Lewis
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, AL 36103