IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DESMOND CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV949-ID |
| | ) |
| CITY OF UNION SPRINGS ALABAMA, *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 13, 2006, the court held a mediation conference in this case. At the conclusion of the conference the parties announced to the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before June 23, 2006, the parties shall file a joint stipulation for dismissal.

Done this 13th day of June, 2006.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE