IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Desmond Carr, | * | |
| Plaintiff, | * | |
| vs. | * | 02:05-CV-949-D |
| City of Union Springs and Joseph H. Hoyle, Jr. | * | |
| Defendants. | * | |

**STIPULATION OF DISMISSAL**

COME NOW all parties, by and through their respective counsel, and hereby stipulate that this case is due to be dismissed with prejudice. In support hereof, the parties state that this case has been settled.

_____        6/21/06
Jay Lewis                                                              Date
Attorney for Plaintiff


_____        6/21/06
Rick A. Howard                                                  Date
April W. McKay
Attorneys for Defendants