IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DESMOND CARR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO.2:05cv949-ID |
| v. | ) |
| | ) |
| **CITY OF UNION SPRINGS, Alabama,** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Stipulation of Dismissal (Doc. No. 12), filed June 23, 2006, and for good cause shown, it is ORDERED that this cause be and the same is hereby DISMISSED with prejudice.

Done this 23rd day of June, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE